JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOS JUNIOR SCOTT,<br><br>    Petitioner,<br><br>v.<br><br>HERIBERTO H. TELLEZ, Warden,<br><br>    Respondent. | Case No. 5:17-cv-01188-DOC-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed without prejudice as an unauthorized second or successive petition under 28 U.S.C. § 2255.

DATED: January 31, 2018
_____

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE